**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Willie Mae Hunt | **:** | Case No.  13-59994 |
| | **:** | Chapter 13 (Judge Caldwell) |
| | **:** | xxx-xx-1601 |
| Debtor(s) | **:** | xxx-xx- |

**NOTICE OF CHANGE OF ADDRESS**

Come now Debtor(s), by counsel, and, in hereby give(s) Notice to this Court of the Change of Address**.**

Debtor Now Lives At:

**Willie Mae Hunt**

**3243 Orleans Dr.**

**Columbus OH 43224**

 Respectfully submitted,

 _/s/Curtis Cockerill_____
 Curtis Cockerill (0062517)
 PO Box 2738
 Columbus, OH 43216
 Phone: (614) 222-3007
 clawyer@sbcglobal.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was duly served upon the parties as listed below electronically, or by U.S. Mail, postage prepaid, on this __27th_____ day of ___Feb.___, 2016.

Electronic
Office of the US Trustee
170 N. High Street, #200
Columbus, OH 43215

Office of the Chapter 13 Trustee
130 E. Wilson Bridge Road, #200
Worthington, OH  43085-6300

Mail
Willie Mae Hunt
1742 East 26th Ave.
Columbus, OH 43219-1036

 _/s/Curtis Cockerill_____
 Curtis Cockerill (0062517)